**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LIVA TATE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CURDS 'N WHEY CAFÉ** | : | **NO. 11-6541** |

## ORDER

    **AND NOW**, this 18th day of April, 2012, it having been reported that the issues between the parties in this action have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that this action is **DISMISSED** with prejudice, without costs.

                                      /s/Timothy J. Savage
                                      TIMOTHY J. SAVAGE,  J.