IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LIVA TATE,** | : | **CIVIL ACTION NO: 11-6541** |
| *Plaintiff,* | : | |
| v. | : | |
| **CURDS 'N WHEY CAFE** | : | |
| *Defendant.* | : | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff, Liva Tate, gives notice that she voluntarily dismisses this action with prejudice.

**SIDNEY L. GOLD & ASSOC., P.C.**

By:  /s/ Sidney L. Gold, Esquire
SIDNEY L. GOLD, ESQUIRE
I.D. NO.: 21374
NEELIMA VANGURI, ESQUIRE
I.D. NO.: 306996
1835 Market Street, Suite 515
Philadelphia, PA 19103
(215) 569-1999
**Attorneys for Plaintiff**

DATE:    May 14, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of Notice of Dismissal with Prejudice to be served by first class regular mail, postage prepaid and/or via electronic mail (available for viewing on the Court's ecf system) upon the following:

Curds N' Whey Cafe
817 Old York Road
Jenkintown, Pennsylvania 19046.

**SIDNEY L. GOLD & ASSOC., P.C.**

By:   /s/ Sidney L. Gold, Esquire
SIDNEY L. GOLD, ESQUIRE
I.D. NO.: 21374
NEELIMA VANGURI, ESQUIRE
I.D. NO.: 306996
1835 Market Street, Suite 515
Philadelphia, PA 19103
(215) 569-1999
**Attorneys for Plaintiff**

DATE:   May 14, 2012